

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUL 1 4 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. |
| NATHAN MATSON, and JASON POST, | ) 4:21CR00403 MTS/NCC |
| Defendants. | ) |

### INDICTMENT
### COUNT ONE

The Grand Jury charges that:

On or about July 4, 2020, in St. Charles County, within the Eastern District of Missouri, the defendants,

**NATHAN MATSON**
**and**
**JASON POST,**

did knowingly and intentionally distribute fentanyl, a Schedule II controlled substance, to K.B., a person whose identity is known to the Grand Jury, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2, and punishable under Title 21, United States Code, Section 841(b)(1)(C).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
KENNETH R. TIHEN, #37325MO
Assistant United States Attorney